UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYSOUVAKON, POJ | ) | CASE NO. 05 B 56787 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number:   XXX-XX-8977

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 642, CHICAGO, IL

    On: **October 23, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                           $12,171.29

    Disbursements                                                                                  $9.79

    Net Cash Available for Distribution                                              $12,161.50

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $1,967.13 | $30.80 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $2,080.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $197,686.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.09%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | The University of Chicago | $2,077.17 | $84.94 |
| 2 | Discover Bank/Discover Financial | $11,046.11 | $451.68 |
| 3 | Sallie Mae | $77,407.60 | $3,165.26 |
| 4 | American Educational Services | $48,539.31 | $1,984.81 |
| 6 | American Express Travel Related Service | $20,195.31 | $825.80 |
| 7 | MBNA America Bank NA | $38,421.36 | $1,571.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $30.00 |
| Household Goods | $1,500.00 |
| Books and CDs | $125.00 |
| WEARING APPAREL | $400.00 |
| JEWELRY | $100.00 |
| LIFE INSURANCE | $0.00 |
| RETIREMENT ACCOUNT | $9,000.00 |
| Harris Direct-10 Shares | $125.00 |
| Laptop | $300.00 |
| Checking Account | $200.00 |

Dated: **September 25, 2007**                        For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:     2722 North Racine Avenue
             Chicago, IL  60614
Phone No.:   (773) 348-9682