UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYSOUVAKON, POJ | ) | CASE NO. 05 B 56787 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number:     XXX-XX-8977

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 642, CHICAGO, IL

   On: **October 23, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $12,171.29 |
   | Disbursements | $9.79 |
   | Net Cash Available for Distribution | $12,161.50 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | Phillip D. Levey<br>Trustee | $0.00 | $1,967.13 | $30.80 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $2,080.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $197,686.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.09%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | The University of Chicago | $2,077.17 | $84.94 |
| 2 | Discover Bank/Discover Financial | $11,046.11 | $451.68 |
| 3 | Sallie Mae | $77,407.60 | $3,165.26 |
| 4 | American Educational Services | $48,539.31 | $1,984.81 |
| 6 | American Express Travel Related Service | $20,195.31 | $825.80 |
| 7 | MBNA America Bank NA | $38,421.36 | $1,571.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $30.00 |
| Household Goods | $1,500.00 |
| Books and CDs | $125.00 |
| WEARING APPAREL | $400.00 |
| JEWELRY | $100.00 |
| LIFE INSURANCE | $0.00 |
| RETIREMENT ACCOUNT | $9,000.00 |
| Harris Direct-10 Shares | $125.00 |
| Laptop | $300.00 |
| Checking Account | $200.00 |

Dated: **September 25, 2007**                            For the Court,

By:    **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the U.S. Bankruptcy Court
       219 S. Dearborn Street; 7th Floor
       Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL 60614 |
| Phone No.: | (773) 348-9682 |

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6787   Doc 35   Filed 09/25/07   Entered 09/28/07 00:48:42   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1               Date Rcvd: Sep 25, 2007
Case: 05-56787                Form ID: pdf002             Total Served: 23
```

The following entities were served by first class mail on Sep 27, 2007.
```
db          +Poj Lysouvakon,    1330 W. Monroe #414,    Chicago, IL 60607-2511
aty         +Joseph Wrobel,    Joseph Wrobel, Ltd,    105 W Madison,    Suite 700,    Chicago, IL 60602-4669
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10272919    +American Educational Services,    PO Box 2461,    Harrisburg, PA 17105-2461
10272920     American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
10272921    +American Express,    C/O NCO Financial Systems,    PO Box 41457,    Philadelphia, PA 19101-1457
10700713     American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10272922    +Beneficial,    4750 N. Western Ave.,    Chicago, IL 60625-2013
10272923    +Best Buy,    1405 Foulk Rd.,    Wilmington, DE 19803-2769
10272924     Capital One,    PO Box 85167,    Richmond, VA 23285-5167
10698644     Chase Auto Finance,    PO Box 901032,    Ft. Worth, TX 76101-2032
10272928    +Fleet/Bank of America,    PO Box 15480,    Wilmington, DE 19850-5480
10272929    +MBNA America Bank N A,    Mailstop DE5-014-02-03,    P O BOX 15168,    Wilmington DE 19850-5168
10272930     Sallie Mae,    PO Box 4600,    Wilkes Barre, PA 18773-4600
10682839    +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes Barre PA 18706-1496
10272931    +The University of Chicago,    5801 South Ellis Ave Suite 503,    Chicago, IL 60637-5418
10272932    +Wells Fargo,    1 Home Campus,    MAC X2501-01T,    Des Moines, IA 50328-0001
10476454    +Wells Fargo Bank NA,    c/o McCalla Raymer et al,    Bankruptcy Department,    1544 Old Alabama Road,
              Roswell, GA 30076-2102
10798333    +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
              Ft. Mill, SC 29715-7203
```

The following entities were served by electronic transmission on Sep 26, 2007.
```
10272925    +Fax: 602-221-4614 Sep 26 2007 06:53:09      Chase,    2000 Marcus Ave.,
              New Hyde Park, NY 11042-1036
10272926    +Fax: 602-221-4614 Sep 26 2007 06:53:09      Chase Auto,    PO Box 15700,
              Wilmington, DE 19886-5700
10272927     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2007 06:30:19      Discover,    PO Box 15316,
              Wilmington, DE 19850-5316
10679610     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2007 06:30:19
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10272928    +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 26 2007 06:03:10
              Fleet/Bank of America,    PO Box 15480,    Wilmington, DE 19850-5480
10272929    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 26 2007 06:15:36
              MBNA America Bank N A,    Mailstop DE5-014-02-03,    P O BOX 15168,    Wilmington DE 19850-5168
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2007**             **Signature:** _Joseph Speetjens_