IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| POJ LYSOUVAKON, | ) | CASE NO. 05 B 56787 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 10-21-08

TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYSOUVAKON, POJ | ) | CASE NO. 05 B 56787 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,967.13 |
| 2. | Trustee's expenses | $30.80 |
| | TOTAL | $1,997.93 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $2,080.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: ____________________

ENTER:

ENTERED
OCT 2 3 20[illegible]
SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

______________________________
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYSOUVAKON, POJ | ) | CASE NO. 05 B 56787 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

**DISTRIBUTION REPORT**

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,077.93 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,107.16 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $12,185.09 |

**EXHIBIT D**

FINAL DISTRIBUTION

Debtor Name: LYSOUVAKON, POJ

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $12,185.09 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $1,967.13 *<br>$1,967.13 | $0.00 | $1,967.13 | $1,967.13 | $10,217.96 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $30.80 *<br>$30.80 | $0.00 | $30.80 | $30.80 | $10,187.16 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | **Subtotal For Claim Type** | | | $1,997.93 *<br>$1,997.93 | $0.00 | $1,997.93 | $1,997.93 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $2,080.00 *<br>$2,080.00 | $0.00 | $2,080.00 | $2,080.00 | $8,107.16 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $2,080.00 *<br>$2,080.00 | $0.00 | $2,080.00 | $2,080.00 | |
| | Subtotals For Class Administrative 100.00000 % | | | $4,077.93 *<br>$4,077.93 | $0.00 | $4,077.93 | $4,077.93 | |
| | **Claim Type 4110-00 - Real Estate - Consensual Liens** | | | | | | | |
| 00000008 | Wells Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd<br>X7801-014<br>Ft. Mill, SC 29715 | Sec | 050 | $382,949.55 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $8,107.16 |
| | **Subtotal For Claim Type 4110-00** | | | $382,949.55 *<br>$0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 4210-00 - Personal Prop & Intang -** | | | | | | | |
| 00000005 | Chase Auto<br>PO Box 15700<br>Wilmington, DE 19886 | Sec | 050 | $25,226.64 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $8,107.16 |
| | **Subtotal For Claim Type 4210-00** | | | $25,226.64 *<br>$0.00 | $0.00 | $0.00 | $0.00 | |
| | Subtotals For Class Secured 0.00000 % | | | $408,176.19 *<br>$0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |

FINAL DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 00000001 | The University of Chicago<br>5801 South Ellis Ave Suite 503<br>Chicago, IL 60637 | Unsec | 070 | $2,077.17 *<br>$2,077.17 | $0.00 | $2,077.17 | $85.18 | $8,021.98 |
| | | Percent Paid: 4.10077 % | | | | | | |
| 00000002 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsec | 070 | $11,046.11 *<br>$11,046.11 | $0.00 | $11,046.11 | $453.00 | $7,568.98 |
| | | Percent Paid: 4.10099 % | | | | | | |
| 00000003 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Ave<br>Wilkes Barre PA 18706 | Unsec | 070 | $77,407.60 *<br>$77,407.60 | $0.00 | $77,407.60 | $3,174.50 | $4,394.48 |
| | | Percent Paid: 4.10102 % | | | | | | |
| 00000004 | American Educational Services<br>PO Box 2461<br>Harrisburg, PA 17105 | Unsec | 070 | $48,539.31 *<br>$48,539.31 | $0.00 | $48,539.31 | $1,990.60 | $2,403.88 |
| | | Percent Paid: 4.10101 % | | | | | | |
| 00000006 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsec | 070 | $20,195.31 *<br>$20,195.31 | $0.00 | $20,195.31 | $828.21 | $1,575.67 |
| | | Percent Paid: 4.10100 % | | | | | | |
| 00000007 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>P O BOX 15168<br>Wilmington DE 19850 | Unsec | 070 | $38,421.36 *<br>$38,421.36 | $0.00 | $38,421.36 | $1,575.67 | $0.00 |
| | | Percent Paid: 4.10103 % | | | | | | |
| | **Subtotal For Claim Type 7100-00** | | | $197,686.86 *<br>$197,686.86 | $0.00 | $197,686.86 | $8,107.16 | |
| | Subtotals For Class Unsecured | 4.10101 % | | $197,686.86 *<br>$197,686.86 | $0.00 | $197,686.86 | $8,107.16 | |

FINAL DISTRIBUTION

Case Number: 05-56787 SPS

Debtor Name: LYSOUVAKON, POJ

Date: October 23, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $609,940.98<br>$201,764.79 | $0.00 | $201,764.79 | $12,185.09 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-56787 -SPS
Case Name: LYSOUVAKON, POJ

Taxpayer ID No: *******4222
For Period Ending: 10/21/08

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1699 Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/27/06 | 1 | POJ LYSOUVAKON<br>1330 W MONROE ST APT 414<br>CHICAGO, IL 60607-2511 | Income Tax Refund | 1229-000 | 12,000.00 | | 12,000.00 |
| | 03/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.17 | | 12,010.17 |
| | 04/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.86 | | 12,020.03 |
| * | 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | | 2300-003 | | 9.01 | 12,011.02 |
| * | 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | VOID<br>Wrong Amount. | 2300-003 | | -9.01 | 12,020.03 |
| | 05/30/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 | | 9.79 | 12,010.24 |
| | 05/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.22 | | 12,020.46 |
| | 06/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.88 | | 12,030.34 |
| | 07/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.22 | | 12,040.56 |
| | 08/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.23 | | 12,050.79 |
| | 09/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.90 | | 12,060.69 |
| | 10/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.24 | | 12,070.93 |
| | 11/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.92 | | 12,080.85 |
| | 12/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.26 | | 12,091.11 |
| | 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.27 | | 12,101.38 |
| | 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.28 | | 12,110.66 |
| | 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.28 | | 12,120.94 |
| | 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.96 | | 12,130.90 |
| | 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.30 | | 12,141.20 |

Page Subtotals 12,150.99 9.79

Ver: 14.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-56787 -SPS
Case Name: LYSOUVAKON, POJ

Taxpayer ID No: *******4222
For Period Ending: 10/21/08

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1699 Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.98 | | 12,151.18 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.32 | | 12,161.50 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.33 | | 12,171.83 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 7.75 | | 12,179.58 |
| 10/23/07 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 5.51 | | 12,185.09 |
| 10/23/07 | | Transfer to Acct #*******2853 | Final Posting Transfer | 9999-000 | | 12,185.09 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 12,194.88 | 12,194.88 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,185.09 | |
| Subtotal | 12,194.88 | 9.79 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,194.88 | 9.79 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 43.89 | 12,185.09 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-56787 -SPS
Case Name: LYSOUVAKON, POJ

Taxpayer ID No: *******4222
For Period Ending: 10/21/08

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2853 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/23/07 | | Transfer from Acct #*******1699 | Transfer In From MMA Account | 9999-000 | 12,185.09 | | 12,185.09 |
| | 10/29/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,967.13 | 10,217.96 |
| | 10/29/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 30.80 | 10,187.16 |
| | 10/29/07 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 2,080.00 | 8,107.16 |
| * | 10/29/07 | 000104 | The University of Chicago<br>5801 South Ellis Ave Suite 503<br>Chicago, IL 60637 | Claim 00000001, Payment 4.10077% | 7100-004 | | 85.18 | 8,021.98 |
| | 10/29/07 | 000105 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 00000002, Payment 4.10099% | 7100-000 | | 453.00 | 7,568.98 |
| | 10/29/07 | 000106 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Ave<br>Wilkes Barre PA 18706 | Claim 00000003, Payment 4.10102% | 7100-000 | | 3,174.50 | 4,394.48 |
| | 10/29/07 | 000107 | American Educational Services<br>PO Box 2461<br>Harrisburg, PA 17105 | Claim 00000004, Payment 4.10101% | 7100-000 | | 1,990.60 | 2,403.88 |
| | 10/29/07 | 000108 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 00000006, Payment 4.10100% | 7100-900 | | 828.21 | 1,575.67 |
| * | 10/29/07 | 000109 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>P O BOX 15168<br>Wilmington DE 19850 | Claim 00000007, Payment 4.10103% | 7100-904 | | 1,575.67 | 0.00 |
| | 02/18/08 | 000110 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend | 7100-000 | | 1,575.67 | -1,575.67 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 12,185.09 | 13,760.76 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-56787 -SPS
Case Name: LYSOUVAKON, POJ

Taxpayer ID No: *******4222
For Period Ending: 10/21/08

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2853 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim #7 - MBNA America Bank | | | | |
| * 02/19/08 | 000109 | MBNA America Bank NA | Stop Payment Reversal | 7100-904 | | -1,575.67 | 0.00 |
| | | Mailstop DE5-014-02-03 | STOP PAY ADD SUCCESSFUL | | | | |
| | | P O BOX 15168 | | | | | |
| | | Wilmington DE 19850 | | | | | |
| * 09/03/08 | 000104 | The University of Chicago | Stop Payment Reversal | 7100-004 | | -85.18 | 85.18 |
| | | 5801 South Ellis Ave Suite 503 | STOP PAY ADD SUCCESSFUL | | | | |
| | | Chicago, IL 60637 | | | | | |
| 09/04/08 | 000111 | Clerk, U.S. Bankruptcy Court | | 7100-000 | | 85.18 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 12,185.09 | 12,185.09 | 0.00 |
| Less: Bank Transfers/CD's | 12,185.09 | 0.00 | |
| Subtotal | 0.00 | 12,185.09 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,185.09 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - ********1699 | 12,194.88 | 9.79 | 0.00 |
| Checking Account (Non-Interest Earn - ********2853 | 0.00 | 12,185.09 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,194.88 | 12,194.88 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 -1,575.67